# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Carl Lavin Ford,

          Petitioner,

Civ. No. 15-0169 (MJD/BRT)

v.

**ORDER**

State of Minnesota and County of Clay,

          Respondents.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 5, 2015. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Carl Lavin Ford's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. No. 1) is **DISMISSED WITH PREJUDICE** as time-barred; and

2. No certificate of appealability is granted in this matter.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date: April 3, 2015

                                                      *s/Michael J. Davis*
                                                      MICHAEL J. DAVIS
                                                      United States District Chief Judge